UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Fred Correa,

    Plaintiff,

        v.                                  Case No. 1:17cv300

Mr. Cullum, *et al.*,                      Judge Michael R. Barrett

    Defendants.

## **ORDER**

This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 1, 2018 (Doc. 45).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 45) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, Defendants' Motions for Judgment on the Pleadings (Docs. 33, 41) are **GRANTED.** Plaintiff's Motion to Further Amend/Correct Complaint (Doc. 31) is **DENIED**. This case is dismissed with prejudice and closed.

    **IT IS SO ORDERED.**

                                                          *s/Michael R. Barrett*
                                                          Michael R. Barrett
                                                          United States District Judge